IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS JR.,

Plaintiff,

v.

STEVE GEANZLE, individually, and in his official capacity as Deputy,
PAUL SMITH, individually, and in his official capacity as Deputy,
TERRY MAKETA, individually, and in his official capacity as Sheriff,
EL PASO COUNTY,
SEALY, individually, and in his official capacity as Deputy,
FAIRCHILD, individually, and in his official capacity as Sergeant,
ALLEN, individually, and in his official capacity as Lieutenant,
ZANI, individually, and in his official capacity as Chief,
JOHN DOE #1, whose identity and true name is unknown, and
JOHN DOE #2, whose identity ans true name is unknown,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of

service from the defendants. If unable to do so, the United States Marshal shall serve a

copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C.

§ 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first

attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P.

4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: September 13, 2006

BY THE COURT:

s/ Edward W. Nottingham
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01436-EWN-MJW

Keith Clayton Brooks, Jr.
Prisoner No. A00192190
El Paso County Det. Facility
2739 E. Las Vegas
Colorado Springs, CO 80906

US Marshal Service
Service Clerk
Service forms for: Steve Geanzle, Paul Smith, Terry Maketa,
El Paso County, Sealy, Fairchild, Allen, Zani,

     I hereby certify that I have mailed a copy of the ORDER to the above-named individuals and the following forms to the U.S. Marshal for process of service on: Steve Geanzle, Paul Smith, Terry Maketa, El Paso County, Sealy, Fairchild, Allen, Zani: AMENDED COMPLAINT FILED 8/21/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 9/13/06 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk