IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.

       Plaintiff,

v.

STEVE GAENZLE, Individually, and in His Official Capacity as Deputy;
PAUL SMITH, Individually, and in His Official Capacity as Deputy;
TERRY MAKETA, Individually, and in His Official Capacity as Sheriff of El Paso County;
SEALY, Individually, and in His Official Capacity as Deputy;
FAIRCHILD, Individually, and in Her Official Capacity as Sergeant;
ZANI, Individually, and in His Official Capacity as Chief,
JOHN DOE #1, whose identity and true name is unknown; and
JOHN DOE #2, whose identity and true name is unknown.

       Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND COMPLAINT**
(Docket no 47)

THE COURT, having reviewed the Stipulated Motion to Amend Complaint, and being fully advised in the premises,

HEREBY ORDERS that the Motion is granted and the ~~attached~~ Second Amended Complaint ~~is hereby filed.~~ is Accepted For Filing.

Dated this 1st day of ~~January~~ February, 2007.

BY THE COURT:

*/s/ Michael J. Watanabe*
~~United States District Court Magistrate~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

2015240.1