IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.,

Plaintiff,

v.

STEVE GAENZLE, et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Modify Protective Order (docket no. 72) is DENIED WITHOUT PREJUDICE.  Plaintiff has failed to comply with D.C.COLO.LCivR 7.1.  There is no averment in the subject motion (docket no. 72) that demonstrates that Plaintiff has conferred with Defendants concerning the subject motion.  Moreover, Plaintiff argues that this court took action on Defendant's Motion for Protective Order (docket nos. 67 and 69) before Plaintiff had a chance to respond.  It should be noted that D.C.COLO.LCivR 7.1 C states, *in pertinent part*: **"... Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."**

It is FURTHER ORDERED that the parties shall forthwith meet and confer, consistent with D.C.COLO.LCivR. 7.1, concerning the protective order that this court has issued.  If the parties can agree upon some modification to such protective order then the parties shall file an appropriate stipulated motion with the court.  If the parties cannot agree, then Plaintiff is granted leave to re-file his motion to modify protective order.

Date:  August 2, 2007