IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.,

Plaintiff,

v.

STEVE GAENZLE, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiff's Motion to Modify Protective Order (docket no. 75) is DENIED. The protective order as modified by this court provides adequate protection for all parties and there is no need to modify such protective order any further. I find Plaintiff's argument without merit.

Date: August 13, 2007