IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–01436–EWN–MJW

KEITH CLAYTON BROOKS, JR.,

    Plaintiff,

v.

STEVE GAENZLE, Individually and in His Official Capacity as Deputy,
PAUL SMITH, Individually and in His Official Capacity as Deputy,
TERRY MAKETA, Individually and in His Official Capacity as Sheriff,
EL PASO COUNTY SHERIFF'S DEPARTMENT,
EL PASO COUNTY,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

Plaintiff Keith Clayton Brooks, Jr. alleges that Defendants Steve Gaenzle and Paul Smith, deputies in the El Paso County Sheriff's Department, violated his federal constitutional rights. Specifically, the allegation is that Deputy Gaenzele used excessive force in arresting Plaintiff when Gaenzle fired at Plaintiff as he was fleeing the scene of a crime, hitting Plaintiff in the back. Both deputies then allegedly violated Plaintiff's due process rights by lying in court proceedings about the circumstances of the arrest. El Paso County Sheriff Terry Maketa, the sheriff's department, and El Paso County are joined because they allegedly acted "intentionally and with deliberate indifference [by] encouraging the filing of false reports, by conspiring with them [Gaenzle and Smith], or by willfully or recklessly accepting and adopting said reports despite the obvious

inconsistencies and evidence of falsification contained therein." The complaint further alleges, "It was a policy and/or custom of El Paso County, Sheriff Maketa, and the El Paso County Sheriff's Department to inadequately supervise and train its deputies, . . . thereby failing to adequately discourage constitutional violations on the part of its deputies."

The matter is now before the court on the "Recommendation of United States Magistrate Judge" (#55) filed June 25, 2007. The recommendation is that Defendants' motions to dismiss be denied. Defendants have objected to the recommendation, re-asserting each argument previously asserted in their motion to dismiss. This court has conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law, given the early point in the proceedings at which the motion is interposed. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The motion to dismiss the second amended complaint (#51) is DENIED. The previous motion to dismiss (#39) is DENIED as moot.

DATED this 11th day of September, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge