IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.,

    *Plaintiff,*

v.

DEPUTY STEVE GAENZLE, Personal/Professional,
DEPUTY PAUL SMITH, Personal/Professional,
SHERIFF TERRY MAKETA, Personal/Professional (SHERIFF OF EL PASO COUNTY,
    COLORADO)
EL PASO COUNTY, COLORADO,

    *Defendants.*

---

### ORDER AUTHORIZING DEPOSITION OF PLAINTIFF KEITH CLAYTON BROOKS, JR., AS A PERSON CONFINED IN PRISION (Docket No. 92)

---

THE UNDERSIGNED having reviewed the Unopposed Motion for Order Permitting Deposition of Plaintiff Keith Clayton Brooks, Jr. as a Person Confined in Prison and being otherwise advised in the premises, it is now ORDERED that the motion is granted;

Further ORDERED that pursuant to Fed.R.Civ.P. 30(a)(2)(B), counsel for the County Defendants is granted leave of Court to take the oral deposition of the Plaintiff, Keith Clayton Brooks, Jr. (DOC #108827), as a person confined in prison, at the Limon Correctional Facility in Limon, Colorado. The deposition shall be conducted in accordance with Fed.R.Civ.P. 30 and on such date and time as the parties, in consultation with the Limon Correctional Facility, agree.

FURTHER ORDERED that all persons in attendance at the deposition shall comply with the applicable rules and regulations governing this activity as directed by the Colorado Department of Corrections and/or the Limon Correctional Facility.

1

Dated at Denver, Colorado, this 10th day of October , 2007.

BY THE COURT:

*/s/ Michael J. Watanabe*
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO