IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.,

Plaintiff,

v.

STEVE GAENZLE, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Stipulated Motion to Approve Proposed Modified Scheduling Order (docket no. 104) is GRANTED as outlined in the Modified Scheduling Order. See signed Modified Scheduling Order for discovery deadlines and future hearing dates.

     It is FURTHER ORDERED that the Preliminary Pretrial Conference set on December 6, 2007, at 9:30 a.m. is VACATED and reset to February 14, 2008, at 8:30 a.m. The parties shall file their proposed Preliminary Pretrial Order with the court on or before February 11, 2008.

Date: November 21, 2007