IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.,

Plaintiff,

v.

STEVE GAENZLE, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify the Scheduling Order, DN 124, filed with the Court on January 11, 2008, is GRANTED. The Modified Scheduling Order (DN 106), dated November 19, 2007, is modified as follows:

a. The deadline for Plaintiff to designate experts is extended up to and including February 15, 2008;

b. The deadline for Defendants to designate experts is extended up to and including March 14, 2008;

c. The deadline for the parties to designate all rebuttal experts is extended up to and including March 31, 2008;

d. The discovery cutoff date is extended up to and including April 15, 2008;

e. The Preliminary Pretrial Conference set on February 14, 2008, at 8:30 a.m., is VACATED and RESET on March 17, 2008, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Preliminary Pretrial Order on or before March 11, 2008; and,

f. The dispositive motions deadline remains set for April 30, 2008.

Date: January 15, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.,

Plaintiff,

v.

STEVE GAENZLE, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Motion to Modify the Scheduling Order, DN 124, filed with the Court on January 11, 2008, is GRANTED. The Modified Scheduling Order (DN 106), dated November 19, 2007, is modified as follows:

a. The deadline for Plaintiff to designate experts is extended up to and including February 15, 2008;

b. The deadline for Defendants to designate experts is extended up to and including March 14, 2008;

c. The deadline for the parties to designate all rebuttal experts is extended up to and including March 31, 2008;

d. The discovery cutoff date is extended up to and including April 15, 2008;

e. The Preliminary Pretrial Conference set on February 14, 2008, at 8:30 a.m., is VACATED and RESET on March 17, 2008, at 9:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their proposed Preliminary Pretrial Order on or before March 11, 2008; and,

f. The dispositive motions deadline remains set for April 30, 2008.

Date: January 15, 2008