IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.  06-cv-01436-EWN-MJW              FTR

Date:  April 23, 2008                              Shelley Moore, Deputy Clerk

KEITH CLAYTON BROOKS, JR.,                         Paul S. Swedlund

        Plaintiff(s),

v.

STEVE GAENZLE, et al.,                             Gordon L. Vaughan
                                                   Richard C. Anguiano
        Defendant(s).

## COURTROOM MINUTES / MINUTE ORDER

**TELEPHONE MOTION HEARING**

**Court in Session 1:34 p.m.**

Court calls case.  Appearances of counsel.

| | |
|---|---|
| 1:36 p.m. | Mr. Vaughan presents argument on Defendants' Motion for Reconsideration of Defendants' Motion to Compel Discovery (document 145). |
| 1:47 p.m. | Mr. Swedlund present responsive argument. |
| 1:54 p.m. | Mr. Vaughan presents rebuttal argument. |
| 1:58 p.m. | The Court presents questions to Mr. Swedlund. |
| **ORDERED:** | Defendants' Motion for Reconsideration of Defendants' Motion to Compel Discovery (document 145) is GRANTED IN PART and DENIED IN PART.  The motion is **granted** in that the Plaintiff shall provide the names of those identified to give testimony at trial on interrogatories 8, 9, and 10.  Defendant has already provided the names as to interrogatory 5.  The responses to the other interrogatories outlined in the motion shall be provided to Defendant by April 25, 2008.  The remainder of the motion is **denied**. |

**Court in recess 2:11 p.m.**
Total In-Court Time 0:37, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.