# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.

    Plaintiff,

v.

STEVE GAENZLE, Individually, and in His Official Capacity as Deputy;
PAUL SMITH, Individually, and in His Official Capacity as Deputy;
TERRY MAKETA, Individually, and in His Official Capacity as Sheriff
EL PASO COUNTY SHERIFF'S DEPARTMENT
EL PASO COUNTY

    Defendants.

---

**ORDER ON PLAINTIFF'S MOTION TO DISMISS**

---

This matter having come before the court on Plaintiff's Stipulated Motion to Dismiss, and good cause appearing for the motion, it is hereby:

**ORDERED** that the claims set forth in Paragraph 23 of Count III and in Count IV of the Plaintiff's Second Amended Complaint are hereby DISMISSED without prejudice.

It is so ordered this 1st day of May, 2008.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        Chief United States District Judge