IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01436-EWN-MJW

KEITH CLAYTON BROOKS, JR.,

Plaintiff,

v.

STEVE GAENZLE, et al.,

Defendants.

## MINUTE ORDER

**Entered by United States Magistrate Judge Michael J. Watanabe**

     After carefully reviewing the courtroom minutes/minute order and the record following the hearing before Magistrate Judge Watanabe on April 23, 2008 (docket no. 151), it is hereby ORDERED that Plaintiff's Motion for Protective Order (docket no. 158) is GRANTED. This court finds that at the April 23, 2008 hearing (docket no. 151), this court ordered Plaintiff to provide to Defendants the names of those identified to give testimony at trial concerning Defendants' interrogatories 8, 9, and 10 only. Plaintiff was further ordered to provide these names to Defendant by April 25, 2008. *See* courtroom minutes/minute order and record from hearing before Magistrate Judge Watanabe on April 23, 2008, (docket no. 151).

Date: June 12, 2008