IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 06-cv-01436-CMA-MJW

KEITH CLAYTON BROOKS, JR.,

    Plaintiff,

v.

STEVE GAENZLE, Individually and in His Official Capacity as Deputy;
PAUL SMITH, Individually and in His Official Capacity as Deputy;
TERRY MAKETA, Individually and in His Official Capacity as Sheriff;
EL PASO COUNTY SHERIFF'S DEPARTMENT; and
EL PASO COUNTY,

    Defendants.
_____

**ORDER REMANDING CASE**
_____

    Pursuant to and in accordance with the August 10, 2010 Opinion of the United States Court of Appeals (Doc. # 207), defendants' state law claim of assault and battery is DISMISSED without prejudice.

    DATED: October 6, 2010.

                                       BY THE COURT:

                                       _____
                                       CHRISTINE M. ARGUELLO
                                       United States District Court